BEATRICE REIBACK and SIDNEY MARSHALL REIBACK, Respondents, v. GROSS-INGER REALTY CORPORATION and S. & H. GROSSINGER, INC., Appellants.— Action by plaintiff wife to recover damages for personal injuries caused by a defect in a place used for roller skating, and by her husband for loss of services and expenses. Judgment in favor of plaintiffs reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event, upon the ground that the verdict of the jury is against the weight of the evidence. Hagarty, Johnston and Adel, JJ., concur; Lazansky, P. J., and Carswell, J., dissent and vote to affirm the judgment.

OSCAR REMANT, Appellant, v. THE KELLY DRY GINGER ALE COMPANY, INC., Respondent.— In an action to recover wages for the fifth year under a contract of employment for a period of five years, commencing on the 29th day of October, 1935, on the theory of wrongful discharge at the end of the fourth year, in which the defendant pleaded the Statute of Frauds (Pers. Prop. Law, § 31, subd. 1) as a defense, order granting the defendant's motion for summary judgment and the judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

GEORGE H. STARKIE, Appellant, v. H. BROADMAN EPSTEIN, Respondent.— Order striking from complaint paragraphs " Third " to " Ninth," inclusive, and part of paragraph " Eleventh," affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.